UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE: : ORDER
:
TERRORIST ATTACKS ON : 03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001 :
:
:
------------------------------------x

This document relates to:

*Betru, et al. v. Islamic Republic of Iran*, 18-cv-8297 (GBD) (SN)

## ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PARTIAL FINAL JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN

GEORGE B. DANIELS, United States District Judge:

Plaintiff John O'Shea, listed in Exhibit A, moves for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF No. 9689.[1]) Upon consideration of the evidence and arguments set forth in the Declaration of James P. Kreindler, Esq. and the exhibits thereto (ECF No. 9690), and in light of the default judgment as to liability against the Islamic Republic of Iran entered on July 19, 2022 (ECF No. 8234), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned case was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF No. 7425); and it is

**ORDERED** that default judgment as to liability is entered against the Islamic Republic of Iran and in favor of the *Betru* Plaintiff identified in Exhibit A; and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that partial final judgment is entered on behalf of the *Betru* Plaintiff identified in Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the *Betru* Plaintiff identified in Exhibit A is awarded solatium damages as set forth therein[2]; and it is

**ORDERED** that the *Betru* Plaintiff identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Betru* Plaintiff identified in Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that *Betru* Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiff listed in Exhibit A. The Clerk of Court is further directed to close the motions at ECF No. 9689 in 03-md-1570 and ECF No. 123 in 18-cv-8297.

Dated: June 17, 2024
New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge

---

[2] In his moving papers, Plaintiff seeks treble damages pursuant to the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333. As ATA claims cannot be brought against sovereign defendants, *see* 18 U.S.C. § 2337(2), Plaintiff's motion is DENIED as to his request for treble damages.

# Exhibit A

| | Plaintiff | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Notes |
| 1 | John | | O'Shea | | US | Robert | W. | O'Shea | | US | 9/11/01 | NY | 18cv08297 | 18cv08297, 1 at 2 | 18cv08297, 117 | Sibling | | | $ 4,250,000.00 | |